| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Jerry A. | U. S. Bankruptcy Court, EDLA | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

500 Poydras Street, Ste B-741A
Hale Boggs Federal Building
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Tulane Law School Chapter of American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern University | March 28-29, 2011 | Chicago, Illinois | Judicial Symposium on Civil Justice Issues | reimbursement for flight only (hotel and meals provided) |
| 2. | Louisiana State University - Law Center | Octobe4r 20-21, 2011 | Baton Rouge, LA | Annual Bankruptcy Seminar | Mileage to/from Baton Rouge, LA and two nights in hotel; lunch provided for two days |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Mortgage loan-N.O. rental property | K |
| 2. | CitiMortgage | Mortgage loan-N.O. rental property | K |
| 3. | CitiMortgage | Mortgage loan-N.O. rental property | K |
| 4. | Whitney National Bank | open loan | K |
| 5. | CitiMortgage | Mortgage loan-N.O. rental property | L |
| 6. | CitiMortgage | Mortgage loan-N.O. rental property | M |
| 7. | Chase | Mortgage loan - N.O. rental property | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Orleans,LA rental property-parcel 1-apraisal date 2-1-07 | E | Rent | N | Q | Mortgage | 02/01/07 | L | | |
| 2. New Orleans, LA rental property-parcel 2 | E | Rent | N | W | | | | | |
| 3. New Orleans, LA rental property-parcel 4 | D | Rent | M | W | | | | | |
| 4. New Orleans, LA rental property-parcel 5 | E | Rent | N | W | | | | | |
| 5. New Orleans, .LA rental property-parcel 6 | D | Rent | M | W | | | | | |
| 6. Pearl River Country,MS(1/3 J) | | None | K | W | | | | | |
| 7. IBM-common stock | D | Dividend | N | T | | | | | |
| 8. Occidental Pet.-common stock | E | Dividend | O | T | Stock Div. | | | | |
| 9. Whitney Holding Corp.-common stock | A | Dividend | M | T | Merged (with line 37) | 06/04/11 | | | Hancock Holding Co. |
| 10. Capitol One. | A | Interest | J | T | | | | | |
| 11. Capitol One Inv. LLC | B | Dividend | J | T | | | | | formerly Hibernia Tower Fu |
| 12. Scudder Tax Free Fund | A | Dividend | J | T | | | | | |
| 13. Vinbro, Inc.-common stock (New Orleans, LA) | A | Rent | K | W | | | | | |
| 14. Vinbro, Inc.-common stock (New Orleans, LA) | C | Rent | N | W | | | | | |
| 15. Safe Co. Muni Bond Fund | A | Dividend | J | T | | | | | |
| 16. Merrill Lynch Global Allocation | A | Dividend | K | T | | | | | |
| 17. Janus Twenty Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 20th Century Ultra Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard Health Care Portion | A | Dividend | K | T | | | | | |
| 20. DWS Investments | A | Dividend | J | T | | | | | |
| 21. Nicholas Fund | A | Dividend | J | T | | | | | |
| 22. New Orleans, LA rental prop.-parcel 7 | E | Rent | N | W | | | | | |
| 23. AIM Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 24. Microsoft-Common stock | A | Dividend | J | T | | | | | |
| 25. New Orleans rental property - Parcel 8 | E | Rent | N | W | | | | | |
| 26. Capitol One Inv. LLC | E | Distribution | O | T | | | | | |
| 27. - AMCAP Fund Class | | | | | | | | | |
| 28. - Bond Fund of Am. Class A | | | | | | | | | |
| 29. - Capital Income Builder Fund Class A | | | | | | | | | |
| 30. - Capital World Growth & Income Fund - Class A | | | | | | | | | |
| 31. - Fundamental Investors Inc. Class A | | | | | | | | | |
| 32. - Growth Fund of America Class A | | | | | | | | | |
| 33. - Income Fund of America Class A | | | | | | | | | |
| 34. Whitney Nat'l Bank Checking Acct | | None | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vinbro, Inc.-common stock (New Orleans, LA) | B | Dividend | K | W | | | | | |
| 36. Vinbro, Inc. - common stock (New Orleans, LA) | E | Dividend | N | W | | | | | |
| 37. Hancock Holding Co. | A | Dividend | N | W | | 06/04/11 | N | | Swap |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brown, Jerry A. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of:

Part VII, Lines 13 and 14 show for the calendar year 2011 the income [              ] , that is a flow through from a subchapter S corporation in which my wife and I own stock (in different amounts because of donations I made years ago of most of my stock [              ] ).

Part VII, Lines 27-33, shows the specific funds that Capitol One placed the different funds in. The income, gross value, and other information for the seven funds are shown as a cumulative figure on line 26.

Part VII, Lines 35 and 36 show the dividend that the same subchapter corporation shown in lines 13 and 14 paid in 2011.

PART VII, Lines 9 and 37 (new) reflect a merger of Whitney Holding Corp. with Hancock Holding Co., effective 6/4/11, as a result of which I surrendered all of my stock in Whitney Holding Corp. for stock of an equal value in Hancock Holding Co. Future reports will delete line 9 and report income, gross value and transactions of only Hancock Holding Co.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry A. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544